■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CARMONA, Also Known as JOSE CRUZ, Appellant. [811 NYS2d 431]—

Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered December 13, 2004, convicting him of attempted assault on a police officer (two counts), assault in the second degree, operating a motor vehicle while under the influence of alcohol, aggravated unlicensed operation of a motor vehicle in the first degree, resisting arrest, obstructing governmental administration in the second degree, and disorderly conduct (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is modified, on the law, by vacating the convictions of attempted assault on a police officer, vacating the sentences imposed thereon, and dismissing those counts of the indictment; as so modified, the judgment is affirmed.

As the People correctly concede, the attempt to assault a police officer is a legal impossibility (*see* Penal Law §§ 110.00, 120.08; *People v Campbell*, 72 NY2d 602, 607 [1988]; *People v Graham*, 302 AD2d 984, 985 [2003]). Accordingly, the defendant's convictions of attempted assault of a police officer under Penal Law §§ 110.00 and 120.08 must be vacated.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish beyond a reasonable doubt the defendant's guilt of two counts of disorderly conduct (*see* Penal Law § 240.20 [1], [3]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions have been rendered academic. Schmidt, J.P., Crane, Rivera and Spolzino, JJ., concur.